UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DAMIEN SHONTELL HEWLETT,**

**Plaintiff,**

**v.** **Case No. 26-C-161**

**JACOB GRIPENTROG et al.,**

**Defendants.**

---

**DECISION AND ORDER**

---

Plaintiff Damien Shontell Hewlett is representing himself in this 42 U.S.C. §1983 action. On May 12, 2026, the Court entered a scheduling order and noted that the Wisconsin Department of Justice was unable to identify the Defendants Hewlett named in the complaint as "CO White" and "CO Young." The Court instructed Hewlett to use discovery to learn the full names of these individuals and warned Hewlett that if he did not inform the Court of their full names by July 27, 2026, the Court may dismiss his claims against them. The deadline has passed, and Hewlett has not identified the full names of CO White and CO Young or explained to the Court why he was unable to do so. The Court will give Hewlett a final opportunity to identify the Defendants. If Hewlett does not do so by **September 11, 2026**, the Court will dismiss Hewlett's claims against CO White and CO Young.

**SO ORDERED** at Green Bay, Wisconsin this 21st day of August, 2026.

William C. Griesbach
United States District Judge